1

2  Glenn Zuckerman
   **WEITZ & LUXENBERG, PC**
3  700 Broadway
   New York, New York 10003
   Telephone: 212-558-5000
4  Facsimile: 212-344-5461
   Attorneys for Plaintiffs

5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12  This Document Relates to:                    )
                                                 )
13  *Donald Whitman, et al. v. Pfizer Inc*       )   **MDL NO. 1699**
    (06-1350 CRB)                                )   **District Judge:  Charles R. Breyer**
14                                               )
    *Mildred Hance v. Pfizer Inc, et al.*        )
15  (06-1718 CRB)                                )
                                                 )
16  *William Lopez, et al. v. Astra Merck, Inc., et al.* )  **STIPULATION AND ORDER OF**
    (06-2621 CRB)                                )   **DISMISSAL WITH PREJUDICE**
17                                               )
    *Rafaela Roman Velez, et al. v. Astra Merck,* )
18  *Inc., et al.*                               )
    (06-2649 CRB)                                )
19                                               )
    *Luis R. Carrion Velez, et al. v. Astra Merck,* )
20  *Inc., et al.*                               )
    (06-2658 CRB)                                )
21                                               )
    *Teresita Falcon Matos, et al. v. Astra Merck,* )
22  *Inc., et al.*                               )
    (06-2660 CRB)                                )
23                                               )
    *Ronny Maria Sanders, et al. v. Pfizer Inc*  )
24  (06-2681 CRB)                                )
                                                 )
25  *Lori Sargent et al. v. Pfizer Inc*          )
    (06-3675 CRB)                                )
26                                               )
    *James Hall, et al. v. Pfizer Inc*           )
27  (06-3676 CRB)                                )
                                                 )
28  *John Hayhurst v. Pfizer Inc, et al.*        )

                              -1-

          STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

1 | (06-3758 CRB) )

2 | *Bill Casillas, et al. v. Pfizer Inc, et al.* )
(06-3958 CRB) )

3 |

4 | *Patricia Knudsen v. Pfizer Inc, et al.* )
(06-4043 CRB) )

5 | *Betty Moncrief, et al. v. Pfizer Inc, et al .* )
(06-4100 CRB) )

6 |

7 | *Annette Edelen, et al. v. Pfizer Inc, et al.* )
(06-4147 CRB) )

8 | *Debbie Mitchell v. Pfizer Inc, et al.* )
(06-4296 CRB) )

9 |

10 | *Joseph Gastaldi, et al. v. Pfizer Inc, et al.* )
(06-4362 CRB) )

11 | *Demetrio Rubio v. Pfizer Inc, et al.* )
(06-4449 CRB) )

12 |

13 | *Earlene McBride, et al. v. Pfizer Inc, et al.* )
(06-4462 CRB) )

14 | *Louis Walkingstick, et al. v. Pfizer Inc, et al.* )
(6-4463 CRB) )

15 |

16 | *Virginia Thorne v. Pfizer Inc, et al.* )
(06-4464 CRB) )

17 | *Rojelio Longoria, et al. v. Pfizer Inc, et al.* )
(06-4586 CRB) )

18 |

19 | *Annie White, et al. v. Pfizer Inc, et al.* )
(06-4678 CRB) )

20 | *Martha Stevens, et al. v. Pfizer Inc, et al.* )
(06-4920 CRB) )

21 |

22 | *Janette Smith v. Pfizer Inc, et al.* )
(06-4977 CRB) )

23 | *Roselie Atkins, et al. v. Pfizer Inc, et al.* )
(06-5272 CRB) )

24 |

25 | *Dawna Garza v. Pfizer Inc, et al.* )
(06-5416 CRB) )

26 | *Ralph Adams, et al. v. Pfizer Inc, et al.* )
(06-5591 CRB) )

27 |

28 | *Albert Leong v. Pfizer Inc, et al.* )
(06-5666 CRB) )

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

1

2    *Catherine Connolly, et al. v. Pfizer Inc, et al.*          )
     (06-5738 CRB)                                               )
                                                                 )
3    *Randy Masker, et al. v. Pfizer Inc, et al.*                )
     (06-5739 CRB)                                               )
4                                                                )
     *Charlie Rhome, et al. v. Pfizer Inc, et al.*               )
5    (06-5740 CRB)                                               )
                                                                 )
6    *Paulette Balda, et al. v. Pfizer Inc, et al.*              )
     (06-5765 CRB)                                               )
7                                                                )
     *William Halpin, et al. v. Pfizer Inc, et al.*              )
8    (06-5777 CRB)                                               )
                                                                 )
9    *Patricia Howard, et al. v. Pfizer Inc, et al.*             )
     (06-5916 CRB)                                               )
10                                                               )
     *Alice Ryan, et al. v. Pfizer, Inc, et al.*                 )
11   (06-5917 CRB)                                               )
                                                                 )
12   *William Coleman, et al. v. Pfizer Inc, et al.*             )
     (06-5918 CRB)                                               )
13                                                               )
     *Monica Mittag, et al. v. Pfizer Inc, et al.*               )
14   (06-5919 CRB)                                               )
                                                                 )
15   *Cynthia Smith, et al. v. Pfizer Inc, et al.*               )
     (06-5963 CRB)                                               )
16                                                               )
     *John Roof v. Pfizer Inc, et al.*                           )
17   (06-5964 CRB)                                               )
                                                                 )
18   *Lynda Jack, et al. v. Pfizer Inc, et al.*                  )
     (06-5965 CRB)                                               )
19                                                               )
     *Ernest Grant v. Pfizer Inc, et al.*                        )
20   (06-5970 CRB)                                               )
                                                                 )
21   *Alice L. Pettit, et al. v. Pfizer Inc, et al.*             )
     (06-5973 CRB)                                               )
22                                                               )
     *Wade Smith, et al. v. Pfizer Inc, et al.*                  )
23   (06-5975 CRB)                                               )
                                                                 )
24   *Richard Gilmore, et al. v. Pfizer Inc, et al.*             )
     (06-5977 CRB)                                               )
25                                                               )
     *Sergio Estrada v. Pfizer Inc, et al.*                      )
26   (06-5978 CRB)                                               )
                                                                 )
27   *John Vallee, et al. v. Pfizer Inc, et al.*                 )
     (06-5981 CRB)                                               )
28                                                               )

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2581180.1

1   *Betty Scott, et al. v. Pfizer Inc, et al.*
    (06-5983 CRB)

2
    *Norman Hamblen, et al. v. Pfizer Inc, et al.*
3   (06-6058 CRB)

4   *Dennis Johns, et al. v. Pfizer Inc, et al.*
    (06-6059 CRB)

5
    *Marion Walker, et al. v. Pfizer Inc, et al.*
6   (06-6060 CRB)

7   *Bessie R. Jackson-Cook v. Pfizer Inc, et al.*
    (06-6061 CRB)

8
    *Mary Gonzales, et al. v. Pfizer Inc, et al.*
9   (06-6062 CRB)

10  *Melvin Kenney, et al. v. Pfizer Inc, et al.*
    (06-6064 CRB)

11
    *Carol Pellini, et al. v. Pfizer Inc, et al.*
12  (06-6065 CRB)

13  *Antonio Pratts v. Pfizer Inc, et al.*
    (06-6066 CRB)

14
    *Mark Childs v. Pfizer Inc, et al.*
15  (06-6067 CRB)

16  *Mary Helen Johnson, et al. v. Pfizer Inc, et al.*
    (06-6068 CRB)

17
    *James E. Garver, et al. v. Pfizer Inc, et al.*
18  (06-6070 CRB)

19  *Tiffany R. Noell, et al. v. Pfizer Inc, et al.*
    (06-6071 CRB)

20
    *Beth Lehman, et al. v. Pfizer Inc, et al.*
21  (06-6073 CRB)

22  *Sharon Payne, et al. v. Pfizer Inc, et al.*
    (06-6075 CRB)

23
    *Nancy Harsh, et al. v. Pfizer Inc, et al.*
24  (06-6083 CRB)

25  *Dennis Yeager, et al. v. Pfizer Inc, et al.*
    (06-6084 CRB)

26
    *Lynda Jack, et al. v. Pfizer, Inc, et al.*
27  (06-6087 CRB)

28  *Fred Hardee, et al. v. Pfizer Inc, et al.*

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42581180.1

| | |
|---|---|
| 1 | (06-6088 CRB) ) |
| 2 | *Lynn Hodges, et al. v. Pfizer Inc, et al.* ) <br> (06-6089 CRB) ) |
| 3 | ) |
| 4 | *Willie Vaughn v. Pfizer Inc, et al.* ) <br> (06-6092 CRB) ) |
| 5 | *Pauline Swihart, et al. v. Pfizer Inc, et al.* ) <br> (06-6093 CRB) ) |
| 6 | ) |
| 7 | *Douglas Horton v. Pfizer Inc, et al.* ) <br> (06-6094 CRB) ) |
| 8 | *June N. Bell v. Pfizer Inc, et al.* ) <br> (06-6095 CRB) ) |
| 9 | ) |
| 10 | *Jerry Rice, et al. v. Pfizer Inc, et al.* ) <br> (06-6096 CRB) ) |
| 11 | *Stephen Bryan, et al. v. Pfizer Inc, et al.* ) <br> (06-6097 CRB) ) |
| 12 | ) |
| 13 | *Steven Woods, et al. v. Pfizer Inc, et al.* ) <br> (06-6098 CRB) ) |
| 14 | *Brad Lovitt, et al. v. Pfizer Inc, et al.* ) <br> (06-6116 CRB) ) |
| 15 | *April Froehlich, et al. v. Pfizer Inc, et al.* ) <br> (06-6117 CRB) ) |
| 16 | |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-5-

EASTW2581180.1

EAST\42581180.1

DATED: /0 - 29, 2009     By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone:  212-558-5000
Facsimile:  212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009     By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone:  212-335-4500
Facsimile:  212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009     _____
Hon. Charles R. Breyer
United States District Court

-6-

PFZRJ/1035934/112560v.1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**